**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **JEFFREY MAYO,** ) | |
| ) | |
|     **Plaintiff,** ) | Case No. CV 12-6856 AJW |
| ) | |
|     v. ) | **J U D G M E N T** |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| **Acting Commissioner of Social** ) | |
| **Security,** ) | |
| ) | |
|     **Defendant.** ) | |

**IT IS ADJUDGED** that defendant's decision is **reversed**, and the matter is **remanded** to defendant for further administrative proceedings consistent with the memorandum of decision.

February 12, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge